## 14049.  BOATRIGHT *v.* THE STATE.

BLOODWORTH, J.  1. "It is a well established rule of practice that a ground of a motion for new trial based upon the admission of evidence should state the objection made to the evidence, and that such objection was urged at the time the objection was made; otherwise no question is raised for determination.  *Hill* v. *Chastain,* 138 *Ga.* 750 (75 S. E. 1130); *Dunn* v. *Evans,* 139 *Ga.* 741 (3), 742 (78 S. E. 122); *Chambers* v. *State,* 141 *Ga.* 652 (81 S. E. 880); *G. & F. Ry. Co.* v. *Stapleton,* 143 *Ga.* 46 (84 S. E. 120.)" *City of Rome* v. *Mc-Williams,* 145 *Ga.* 191 (2) (88 S. E. 931).  This ruling disposes of the special grounds of the motion for a new trial.

2. The evidence in this case, though circumstantial, excludes every reasonable hypothesis except that of the guilt of the accused, and the motion for a new trial was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 6, 1923.

Accusation of possession of intoxicating liquor; from city court of Blackshear — Judge Mitchell.  October 12, 1922.

*H. L. Causey,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.